IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | |
|---|---|
| IN RE: | CASE NO. 05-65317 |
| MELINDA LOUISE ELKINS, | CHAPTER 7 |
| Debtor. | BANKRUPTCY JUDGE RUSS KENDIG |
| | **<u>NOTICE OF MOTION TO DETERMINE TAX LIABILITY OF THE ESTATE</u>** |

    Anne Piero Silagy, Trustee, has filed papers with the court seeking determination of tax liability on the estate.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

    If you do not want the court to grant the Motion without a hearing, or if you want the court to consider your views on the Motion, then on or before **May 16, 2011,** you or your attorney must:

    File with the court a written response explaining your position at:

U.S. Bankruptcy Court
Ralph Regula Federal Building and United States Courthouse
401 McKinley Ave., S.W.
Canton, OH 44702-1745

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

>Bruce R. Schrader, II, Esq.
>Roetzel & Andress, LPA
>222 S. Main Street
>Akron, Ohio 44308

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without a hearing.

Date: April 29, 2011

Respectfully submitted,

/s/ Bruce R. Schrader, II
Bruce R. Schrader, II – 0039418
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Ph: 330.376.2700; Fx: 330.376.4577
E-mail: bschrader@ralaw.com

ATTORNEY FOR ANNE PIERO SILAGY,
CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

This is to certify that the Notice of Motion to Determine Tax Liability of the Estate was electronically transmitted on April 29, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Warner Mendenhall   warnermendenhall@hotmail.com, bcyecfnotify@rushpost.com
- John J Rutter   jrutter@ralaw.com
- Bruce R Schrader   bschrader@ralaw.com
- Anne Piero Silagy   asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com
- United States Trustee   (Registered address)@usdoj.gov

The following parties were served with the Notice of Motion to Determine Tax Liability of the Estate on April 29, 2011, via regular U.S. Mail service:

| | |
|---|---|
| Internal Revenue Service<br>Department of the Treasury<br>Planning Special Program SB-SE Compliance<br>Central Area<br>P.O. Box 747<br>Springfield, NJ 07081 | Melinda Louise Elkins<br>104 Fudge Ave<br>Eaton, OH 45320 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group 6<br>1240 East Ninth Street, Room 493<br>Cleveland, OH 44119 |
| Office of the United States Attorney<br>Attn: Bankruptcy Section<br>Carl B. Stokes U.S. Courthouse<br>801 West Superior Avenue, Suite 400<br>Cleveland, OH 44113-1852 | Advance American Cash Advance<br>2130 Columbus Rd., NE<br>Canton OH 44705 |
| Money Recovery Nationwide<br>801 South Waverly Road<br>Lansing MI 48917 | Ohio Valley Check Cashing & Loan<br>1321 W. Main St.<br>Lousiville, OH 44641 |
| American Electric Power<br>PO Box 2021<br>Roanoke, VA 24022-2121 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |
| Asset Acceptance LLC<br>P.O. Box 2036<br>Warren MI 48090 | Stark County Emergency Physicians<br>POB 20670<br>Canton OH 44701 |
| Atlantic Financial<br>4025 Erie St S<br>Massillon OH 44646 | City of Louisville Income Tax<br>215 South Mill Street<br>Louisville OH 44641 |
| Tidewater Finance Company<br>P.O. Box 13306<br>Chesapeake, VA 23325 | Dominion East Ohio<br>PO Box 26785<br>Richmond VA 23261-6785 |
| Sage Telecom<br>3300 E. Renner Rd. 3rd Fl., Ste. 350<br>Richardson, TX 75082-2800 | |

/s/ Bruce R. Schrader, II
Bruce R. Schrader, II

1745276.079884.1270