UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN OHIO

IN RE: )
) CASE NO. 05-65317-RK
ELKINS, MELINDA LOUISE )
)
) JUDGE KENDIG
)

## TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The Trustee of the above referenced case applies for an order pursuant to 11 U.S.C. §330(a) and §503(b), allowing for compensation and expenses as itemized below.

The amount upon which the trustee's compensation has been computed is $268,052.51. This does not include any exempt amounts paid to the debtor(s) and/or any refunds to be made to the debtor(s).

**Compensation is computed as follows:**

| | | | | |
|---|---|---|---|---|
| 25% of First | $5,000 | ($1,250 Maximum) | $ | 1,250.00 |
| 10% of Next | $45,000 | ($4,500 Maximum) | $ | 4,500.00 |
| 5% of Next | $950,000 | ($47,5000 Maximum) | $ | 10,902.63 |
| 3% of Balance | | | $ | |
| | | Total Compensation Requested | $ | 16,652.63 |

**Trustee Expenses:**

| Nature | Amount |
|---|---|
| Photocopy 1456 at 15 cents | $ 218.40 |
| Postage 14 at 44 cents | $ 6.16 |
| Postage 46 at 1.06 | $ 48.76 |
| Postage 46 at 1.39 | $ 63.94 |
| Postage 1 at 6.66 | $ 6.66 |
| Postage 1 at 7.34 | $ 7.34 |
| Total Expenses Requested | $ 351.26 |

The compensation sought by this application is for actual and necessary services rendered. In the course of the performance of his/her duties, the trustee has advanced monies from personal funds for actual and necessary expenses incurred, and has not been reimbursed.

There is no agreement or understanding between the Trustee and any other person for the division of compensation sought by this application, except as permitted by 11 U.S.C. §330.

WHEREFORE, the Trustee requests that this application be approved by this Court, and that the fees and expenses be allowed.

Dated: May 11, 2011

/s/ Anne Piero Silagy
Trustee in Bankruptcy