IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | |
|---|---|
| IN RE: | CASE NO. 05-65317 |
| MELINDA LOUISE ELKINS, | CHAPTER 7 |
| Debtor. | BANKRUPTCY JUDGE RUSS KENDIG |
| | **AMENDED NOTICE OF MOTION TO DETERMINE TAX LIABILITY OF THE ESTATE** |

  Anne Piero Silagy, Trustee, has filed papers with the court seeking determination of tax liability on the estate.

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

  If you do not want the court to grant the Motion without a hearing, or if you want the court to consider your views on the Motion, then on or before **May 27, 2011,** you or your attorney must:

  File with the court a written response explaining your position at:

U.S. Bankruptcy Court
Ralph Regula Federal Building and United States Courthouse
401 McKinley Ave., S.W.
Canton, OH 44702-1745

  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Bruce R. Schrader, II, Esq.
> Roetzel & Andress, LPA
> 222 S. Main Street
> Akron, Ohio 44308

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without a hearing.

Date: May 13, 2011

Respectfully submitted,

/s/ Bruce R. Schrader, II
Bruce R. Schrader, II – 0039418
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Ph: 330.376.2700; Fx: 330.376.4577
E-mail: bschrader@ralaw.com

ATTORNEY FOR ANNE PIERO SILAGY,
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

This is to certify that the Amended Notice of Motion to Determine Tax Liability of the Estate was electronically transmitted on May 13, 2011 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Warner Mendenhall    warnermendenhall@hotmail.com, bcyecfnotify@rushpost.com
- Bruce R Schrader    bschrader@ralaw.com
- Anne Piero Silagy    asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

The following parties were served with the Amended Notice of Motion to Determine Tax Liability of the Estate on May 13, 2011, via regular U.S. Mail service:

2

Internal Revenue Service
Department of the Treasury
Planning Special Program SB-SE Compliance
Central Area
P.O. Box 747
Springfield, NJ 07081

Melinda Louise Elkins
104 Fudge Ave
Eaton, OH 45320

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 3
1240 East Ninth Street, Room 403
Cleveland, OH 44199

Office of the United States Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, OH 44113-1852

MRN
801 South Waverly, Ste. 100
Lansing MI 48917

Diebold Employees Credit Union
5995 Mayfair Rd.
Canton OH 44720

Asset Acceptance LLC
Po Box 2036
Warren MI 48090

Stark Co Emerg Phy
PO Box 20670
Canton OH 44701

Diebold Federal Credit Union
c/o Alfred D. McCallin, Esq.
116 Cleveland Avenue NW
500 Courtyard Centre
Canton, OH 44702

Attorney General of the United States
U.S. Department of Justice Tax Division
Civil Trial Section, Northern Region
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

/s/ Bruce R. Schrader, II
Bruce R. Schrader, II

1747649.079884.1270

3